IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESTINY L. DRAKE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VILLAGE OAK PARTNERS, L.P., ) <br> PANDA 7 INC and ) <br> DOLGENCORP, LLC, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> FILE No. 1:19-cv-05819-SDG |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT PANDA 7 INC ONLY

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff DESTINY L. DRAKE and Defendant PANDA 7 INC, by and through the undersigned counsel of record, hereby stipulate and agree that PANDA 7 INC be dismissed from this action with prejudice, and that PANDA 7 INC's counterclaim against Plaintiff be dismissed with prejudice. Plaintiff's claims as to Defendants VILLAGE OAK PARTNERS, L.P. and DOLGENCORP, LLC remain pending before the Court.

Dated: April 17, 2020.

Respectfully submitted,

/s/Craig J. Ehrlich

1

Craig J. Ehrlich
*Attorney for Plaintiff*
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/Patrick M. Sam
Patrick M. Sam
Georgia Bar No. 623457
Patrick M. Sam & Associates, P.C.
*Attorneys for Defendant Panda 7 Inc*
4584 Chamblee Dunwoody Road
Atlanta, Georgia 30338
Tel: (770) 451-5077
Fax: (770) 451-5877
ptksam@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on April 17, 2020, I filed the within and foregoing Stipulation of Dismissal with Prejudice as to Defendant Panda 7 Inc Only using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served upon the following counsel of record via electronic mail:

Robert W. Johnson, Esq.
Gower, Wooten & Darneille, LLC
4200 Northside Parkway, Building 12
Atlanta, Georgia 30327
rjohnson@gwdlawfirm.com

Patrick M. Sam, Esq.
Patrick M. Sam & Associates, P.C.
4584 Chamblee Dunwoody Road
Atlanta, Georgia 30338
Tel: (770) 451-5077
Fax: (770) 451-5877
ptksam@yahoo.com

Peter N. Farley, Esq.
McGuireWoods LLP
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309
pfarley@mcguirewoods.com

Sarah Kate Hawley, Esq.
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
shawley@mcguirewoods.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich

3