IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESTINY L. DRAKE, )<br>)<br>Plaintiff, )<br>) | |
| ) | CIVIL ACTION |
| v. )<br>) | FILE No. 1:19-cv-05819-SDG |
| VILLAGE OAK PARTNERS, L.P., )<br>and DOLGENCORP, LLC, )<br>) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT BY AND BETWEEN PLAINTIFF AND DEFENDANT DOLGENCORP, LLC

NOTICE IS HEREBY GIVEN that Plaintiff's claims in this matter as to Defendant DOLGENCORP, LLC ("Dolgencorp") have been resolved to the satisfaction of Plaintiff and said Defendant. Plaintiff respectfully requests that the Court provide Plaintiff and Dolgencorp sixty (60) days within which to complete their settlement and file a stipulation of dismissal as to Dolgencorp. As all claims against all parties asserted in Plaintiff's Complaint have been resolved, Plaintiff respectfully requests that the Court direct the Clerk to Administratively Close this case.

Dated: August 4, 2020.

Respectfully submitted,

1

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on August 4, 2020, I filed the within and foregoing Notice of Settlement by and between Plaintiff and Defendant Dolgencorp, LLC using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy to be served upon the following counsel of record via electronic mail:

Robert W. Johnson, Esq.
Gower, Wooten & Darneille, LLC
4200 Northside Parkway, Building 12
Atlanta, Georgia 30327
rjohnson@gwdlawfirm.com

Peter N. Farley, Esq.
McGuireWoods LLP
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309
pfarley@mcguirewoods.com

Sarah Kate Hawley, Esq.
McGuireWoods LLP
World Trade Center

101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655

/s/Craig J. Ehrlich
Craig J. Ehrlich

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich