IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESTINY L. DRAKE,<br><br>   Plaintiff,<br><br>v.<br><br>VILLAGE OAK PARTNERS, L.P.,<br>and DOLGENCORP, LLC,<br><br>   Defendants. | CIVIL ACTION<br><br>FILE No. 1:19-cv-05819-SDG |

## ORDER

Plaintiff has filed a Notice of Settlement [ECF 43], informing the Court that Plaintiff and Defendant Dolgencorp, LLC have reached a settlement, and that they need additional time to document and execute the settlement agreement and to file the necessary dismissal papers. Plaintiff has further informed the Court that all claims as to all parties to this case have been resolved as a result of this settlement. Therefore, the Clerk is **DIRECTED TO ADMINISTRATIVELY CLOSE** this case.

This closure is not a dismissal and does not preclude the filing of documents. The case may be re-opened if necessary. The parties are **ORDERED** to file documents to dispose of the case within **60 days** of the date of this order.

Absent an extension of that deadline or further order of the Court, if no request to reopen the case is made within 60 days, the case will be considered **DISMISSED WITH PREJUDICE** at that time.

Signed this the 5th day of   August   2020.

_____
**Honorable Steven D. Grimberg**
**United States District Court Judge**