IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESTINY L. DRAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:19-cv-05819-SDG |
| VILLAGE OAK PARTNERS, L.P., | ) |
| and DOLGENCORP, LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT VILLAGE OAK PARTNERS, L.P.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Destiny L. Drake and Defendant Village Oak Partners, L.P., by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice as to Village Oak Partners, L.P., without an award of fees or costs to either Plaintiff or Village Oak Partners, L.P.

Dated: September 8, 2020.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
*Attorney for Plaintiff*
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B

1

Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/Robert W. Johnson
Robert W. Johnson
*Attorney for Village Oak Partners, L.P.*
Georgia Bar No. 539721
Gower, Wooten & Darneille, LLC
4200 Northside Parkway, Building 12
Atlanta, Georgia 30327
Tel: (678) 981-5178
Fax: (678) 981-5182
rjohnson@gwdlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on September 8, 2020, I filed the within and foregoing Stipulation of Dismissal with Prejudice as to Defendant Village Oak Partners, L.P. using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

Robert W. Johnson, Esq.
Gower, Wooten & Darneille, LLC
4200 Northside Parkway, Building 12
Atlanta, Georgia 30327
rjohnson@gwdlawfirm.com

Peter N. Farley, Esq.
McGuireWoods LLP
1230 Peachtree Street, N.E.
Promenade, Suite 2100

2

Atlanta, GA 30309
pfarley@mcguirewoods.com

Sarah Kate Hawley, Esq.
McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich